UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **JUSTIN BURLEY-BEAVERS,** an individual, <br><br> PLAINTIFF, <br> v. <br><br> **THE EKATERINI GARYFALLOU REVOCABLE LIVING TRUST,** a trust, and **VERTICAL DINER SW PDX, LLC,** a domestic limited liability company, <br><br> DEFENDANTS. | Case No. 3:24-CV-00886 |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to any party.

IT IS SO STIPULATED this August 14, 2024.

/s/ Jessica Molligan
Jessica Molligan, OSB #001823
Attorney for Plaintiff
Email: jessicamolligan@comcast.net
PO Box 16893
Portland, OR 97292

/s/ Paul Barton
Paul Barton, OSB #100502
Attorney for Defendant Vertical Diner
Email: paul@olsenbarton.com
4035 Douglas Way, Ste. 200
Lake Oswego, OR 97035

/s/ Gregory Reinert
Gregory Reinert, OSB #084511
Attorney for Defendant The Ekaterini Garyfallou Revocable Living Trust
Email: greinert@msmlegal.com
MacMillan, Scholz & Marks, LLC
4640 S. Macadam Ave., Ste. 100
Portland, OR 97239